[No. 36162-7-I.    Division One.    October 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LOPEZ BIBLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-05220-5, George A. Finkle, J., entered December 19, 1994. *Affirmed* by unpublished per curiam opinion.

---

[No. 36412-0-I.    Division One.    October 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL EUGENE ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-05565-4, Richard A. Jones, J., entered March 28, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Becker, JJ.

---

[Nos. 37025-1-I; 38048-6-I.    Division One.    October 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. VANCE E. McGEE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 94-1-08451-4, Sally Phillips Pasette, J., entered July 31, 1995. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Ellington, JJ.

---

[No. 38392-2-I.    Division One.    October 27, 1997.]

*In the Matter of* PHILLIP ERNEST ANSELMO, *Appellant*, and CATHERINE HANSON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-5-00833-1, Joseph A. Thibodeau, J., entered June 19, October 12, October 19, 1995 and February 26, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Agid, J., concurred in by Coleman and Becker, JJ.